JS-6

1
2
3
4
5
6
7
8                   UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10                                          Case No. CV 20-03605-AB (KSx)
11      James Lee
12                      Plaintiff,
                                            ORDER OF DISMISSAL FOR
13      v.                                  LACK OF PROSECUTION WITHOUT
                                            PREJUDICE
14      JPMorgan Chase Bank, National
15      Association et al                   (PURSUANT TO LOCAL RULE 41)
16                      Defendants.
17
18
19
20
        On July 22, 2020, the Court issued an Order to Show Cause why this case should
21
22  not be dismissed for lack of prosecution.  A written response to the Order to Show Cause
23  was ordered to be filed no later than July 29, 2020.  No response having been filed to
24  the Court's Order to Show Cause,
25        //
26
27        //
28

1.

1      IT IS ORDERED AND ADJUDGED that the above-entitled case is dismissed,

2 without prejudice, for lack of prosecution and for failure to comply with the orders of

3 the Court, pursuant to Local Rule 41.

4

5

6 Dated:  July 30, 2020      _____

7      ANDRÉ BIROTTE JR.
     UNITED STATES DISTRICT COURT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28